# COURT MINUTES
## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 10/18/2019   Time: 10:00 a.m.

Defendant: Jose Piedrahita    J#: 18066-104   Case #: 19-3639-MJ-REID
AUSA: Robert Emery    Attorney: Luis Guerra - Temp
Violation: W/D VA/Warr/Indict/Money Laundering Conspiracy
Proceeding: RRC/REMOVAL/DETENTION    CJA Appt:
Bond/PTD Held: ☐ ☐    Recommended Bond: TEMP PTD
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
- Per Gov't:
- The Western District of Virginia is not proceeding with removal at this time.
- Deft is Temp Detained to be released to INS. (Released)
- Gov't shall provide the court with a proposed order closing this case

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:51:53 / 10:56:03    Time in Court: 5 minutes